# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOHN L. PENNINGTON, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) Case No. CIV-12-1026-F |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On February 18, 2014, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation, wherein he recommended that defendant's decision to deny plaintiff's application for disability insurance benefits be reversed and that the matter be remanded for further administrative proceedings. Magistrate Judge Goodwin therein advised the parties of their right to object to the Report and Recommendation by March 4, 2014, and further advised the parties that failure to timely object to the Report and Recommendation waives the right to appellate review of the factual and legal issues addressed.

To date, no objection to the Report and Recommendation has been filed, and no request for an extension of time to object has been filed. With no objection being filed by either party within the time prescribed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Charles B. Goodwin on February 18, 2014 (doc. no. 26) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The decision of defendant, Carolyn W.

Colvin, Acting Commissioner of the Social Security Administration, is **REVERSED**, and this matter is **REMANDED** to defendant for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

DATED March 5, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-1026p002.wpd